Form B16B
6/90

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                    Case No. 14-14764-PMC

Shelieta S. Goudlock                      Judge: MORGENSTERN-CLARREN

          Debtor(s).                      Chapter 13

Pay Advices from the Employer for Debtor(s) for a 60-Day Period Preceding the
Commencement of the Case Required by Rule 1007(b) & (c), Fed.R.Bankr.P.

The following is true about the attached documents:

[✓] All pay stubs received in the 60 days immediately prior to filing this case have been attached.

[ ] The Debtor has received no pay advices within the 60 days prior to filing this case and is not required to file any further documentation by Section 521.

[ ] The Debtor has had a gap in employment within the 60 days prior to filing this case and the attached pay advices comply fully with the pay advice requirements of Section 521.

[ ] The Debtor has not yet received pay advices for the income most recently earned and the attached pay advices comply fully with the pay advice requirements of Section 521.

[ ] There are pay advices required to be filed pursuant to Section 521 that are not attached to this cover sheet. Said documents shall be filed within 45 days of the commencement of this case, or an extension will be filed requesting an additional 45 days.

[ ] Other. _____

Additional Explanation Regarding Pay Advices, if necessary:
_____
_____

Submitted By:

/s/ Patrick D. Miller                     07/24/2014
Patrick D. Miller (0088408)               Date
Rauser & Associates
614 West Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216) 263-6200



**University Hospitals** — Employee Views

Navigator   Favorites                    Diagnostics  Home  Logout  Preferences  Help

## Pay Advice

| | | | |
|---|---|---|---|
| Employee Name | Goudlock, Shelieta | Employee Number | (redacted) |
| | | Business Group | University Hospitals Health System |
| | | Seniority Date | 09-Oct-2012 |

Choose a Pay Advice   17-JUL-2014 - 1142607 - Check 1   [Go]

| | | | |
|---|---|---|---|
| Employee | Shelieta S. Goudlock | Employer name | UHC Hemodialysis Patient Care-44025 |
| Employee Number | (redacted) | Organization | UHC Hemodialysis Patient Care-44025 |
| Assignment Number | (redacted) | Pay Basis | Hourly |
| Location | 11100 Euclid Avenue | | |
| Position | Techncian Hemodialysis.UHC Hemodialysis Patient Care-44025 | | |
| Payroll | UHC_UHHS Bi-Weekly | | |
| Employee Address | 13211 Thraves Avenue Garfield Heights OH 44125 | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate Per Hour |
|---|---|---|---|---|
| Bi-Week | 17-Jul-2014 | 29-Jun-2014 | 12-Jul-2014 | 16.52 |

### Summary

| Current or YTD | Gross | Pre-Tax Deductions | Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,396.93 | 67.01 | 285.33 | 619.02 | 1,424.79 |
| YTD | 29,536.03 | 730.68 | 3,838.97 | 1,606.47 | 23,356.76 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular 2 | | | 18.80 | 325.62 | 130.70 | 2,263.77 |
| Regular 3 | | | 4.30 | 74.48 | 66.10 | 1,144.95 |
| Regular Pay | | | 56.90 | 940.00 | 760.20 | 12,558.60 |
| Term PTO | | | | 0.00 | 58.30 | 963.12 |
| OnCall Prem 3 | | | | 0.00 | 67.70 | 203.10 |
| OT Averg Hrs | | | 18.90 | 468.35 | 284.00 | 7,037.60 |
| OT 2 Averg Hrs | | | 18.20 | 472.85 | 114.80 | 2,982.56 |
| OT 3 Averg Hrs | | | 1.10 | 28.58 | 16.50 | 428.71 |
| Incentive 3_50 | | | | 0.00 | 22.70 | 79.45 |
| Incentive 4_50 | | | | 0.00 | 6.00 | 27.00 |
| Incentive 5 | | | | 0.00 | 1.00 | 5.00 |
| OTADJto OT Pay | | | | 0.40 | | 64.87 |
| PTO | | | | 0.00 | 69.50 | 1,148.15 |
| Imputed Income | | | | 0.78 | | 3.15 |
| Holiday Prem 1 | | | 4.00 | 33.04 | 13.50 | 111.51 |
| Holiday Prem 3 | | | | 0.00 | 1.10 | 9.53 |
| Holiday Prem2 | | | 6.10 | 52.83 | 6.10 | 52.83 |
| Employee Incentive | | | | 0.00 | | 441.47 |
| Recognition Award | | | | 0.00 | | 10.66 |

## Rate Details

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Ded 403b | 67.01 | 730.68 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 361.43 |
| Social Security | 148.61 | 1,831.23 |
| Medicare | 34.75 | 428.27 |
| OH State Tax | 54.03 | 627.32 |
| Cleveland | 47.94 | 590.72 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Garnishment I | 527.71 | 527.71 |
| RecognitionAwardnet | 0.00 | 6.60 |
| Gift Shop | 0.00 | 51.83 |
| Cafeteria Ded | 91.31 | 1,020.33 |

### Accruals

| Description | Available Balance |
|---|---|
| Vacation | 39.91 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Married | 18 | | 0.00 | 0.00 | 0 |
| Ohio | Not Used | 18 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | Chase Bank | C | | 1,424.79 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 527.71 |

Diagnostics  Home  Logout  Preferences  Help

About this Page  Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.

Payslip　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2



# University Hospitals

**Employee Views**

🏠 Navigator　　📁 Favorites　　　　　Diagnostics　Home　Logout　Preferences　Help

## Pay Advice

| | | | |
|---|---|---|---|
| Employee Name | Goudlock, Shelieta | Employee Number | ▓▓▓▓607 |
| | | Business Group | University Hospitals Health System |
| | | Seniority Date | 09-Oct-2012 |

Choose a Pay Advice　03-JUL-2014 - 1142607 - Check 1　[Go]

| | | | |
|---|---|---|---|
| Employee | Shelieta S. Goudlock | Employer name | UHC Hemodialysis Patient Care-44025 |
| Employee Number | 1142607 | Organization | UHC Hemodialysis Patient Care-44025 |
| Assignment Number | 1142607 | Pay Basis | Hourly |
| Location | 11100 Euclid Avenue | | |
| Position | Techncian Hemodialysis.UHC Hemodialysis Patient Care-44025 | | |
| Payroll | UHC_UHHS Bi-Weekly | | |
| Employee Address | 13211 Thraves Avenue<br>Garfield Heights<br>OH<br>44125 | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate Per Hour |
|---|---|---|---|---|
| Bi-Week | 03-Jul-2014 | 15-Jun-2014 | 28-Jun-2014 | 16.52 |

### Summary

| Current or YTD | Gross | Pre-Tax Deductions | Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,691.27 | 66.80 | 325.74 | 100.00 | 2,198.73 |
| YTD | 27,139.10 | 663.67 | 3,553.64 | 987.45 | 21,931.97 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular 2 | | | 12.70 | 219.97 | 111.90 | 1,938.15 |
| Regular 3 | | | 5.20 | 90.07 | 61.80 | 1,070.47 |
| Regular Pay | | | 62.10 | 1,025.90 | 703.30 | 11,618.60 |
| Term PTO | | | | 0.00 | 58.30 | 963.12 |
| OnCall Prem 3 | | | | 0.00 | 67.70 | 203.10 |
| OT Averg Hrs | | | 43.60 | 1,080.42 | 265.10 | 6,569.25 |
| OT 2 Averg Hrs | | | 7.10 | 184.46 | 96.60 | 2,509.71 |
| OT 3 Averg Hrs | | | 2.70 | 70.15 | 15.40 | 400.13 |
| Incentive 3_50 | | | | 0.00 | 22.70 | 79.45 |
| Incentive 4_50 | | | | 0.00 | 6.00 | 27.00 |
| Incentive 5 | | | | 0.00 | 1.00 | 5.00 |
| OTADJto OT Pay | | | | 20.30 | | 64.47 |
| PTO | | | | 0.00 | 69.50 | 1,148.15 |
| Imputed Income | | | | 0.00 | | 2.37 |
| Holiday Prem 1 | | | | 0.00 | 9.50 | 78.47 |
| Holiday Prem 3 | | | | 0.00 | 1.10 | 9.53 |
| Employee Incentive | | | | 0.00 | | 441.47 |

https://apps.uhhs.com/OA_HTML/RF.jsp?function_id=9661&resp_id=51227&resp_appl_id... 7/9/2014

14-14764-pmc　　Doc 3　　FILED 07/25/14　　ENTERED 07/25/14 10:10:06　　Page 4 of 9

| | | | | | |
|---|---|---|---|---|---|
| Recognition Award | | | | 0.00 | 10.66 |

### Rate Details

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Ded 403b | 66.80 | 663.67 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 361.43 |
| Social Security | 166.85 | 1,682.62 |
| Medicare | 39.03 | 393.52 |
| OH State Tax | 66.03 | 573.29 |
| Cleveland | 53.83 | 542.78 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| RecognitionAwardnet | 0.00 | 6.60 |
| Gift Shop | 0.00 | 51.83 |
| Cafeteria Ded | 100.00 | 929.02 |

### Accruals

| Description | Available Balance |
|---|---|
| Vacation | 32.83 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Married | 18 | | 0.00 | 0.00 | 0 |
| Ohio | Not Used | 18 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ~~redacted~~ | Chase Bank | C | ~~XXXX1230~~ | 2,198.73 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found. | | | | |

Diagnostics  Home  Logout  Preferences  Help

About this Page   Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.

Payslip  Page 1 of 2

 **University Hospitals**   Employee Views

 Navigator   Favorites   Diagnostics  Home  Logout  Preferences  Help

## Pay Advice

| | | | |
|---|---|---|---|
| Employee Name | Goudlock, Shelieta | Employee Number | |
| | | Business Group | University Hospitals Health System |
| | | Seniority Date | 09-Oct-2012 |

Choose a Pay Advice  19-JUN-2014 - 1142607 - Check 1   Go

| | | | | |
|---|---|---|---|---|
| Employee | Shelieta S. Goudlock | Employer name | UHC Hemodialysis Patient Care-44025 | |
| Employee Number | | Organization | UHC Hemodialysis Patient Care-44025 | |
| Assignment Number | | Pay Basis | Hourly | |
| Location | 11100 Euclid Avenue | | | |
| Position | Techncian.Hemodialysis.UHC Hemodialysis Patient Care-44025 | | | |
| Payroll | UHC_UHHS Bi-Weekly | | | |
| Employee Address | 13211 Thraves Avenue Garfield Heights OH 44125 | | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate Per Hour |
|---|---|---|---|---|
| Bi-Week | 19-Jun-2014 | 01-Jun-2014 | 14-Jun-2014 | 16.52 |

### Summary

| Current or YTD | Gross | Pre-Tax Deductions | Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,971.52 | 66.81 | 364.17 | 90.01 | 2,450.53 |
| YTD | 24,447.83 | 596.87 | 3,227.90 | 887.45 | 19,733.24 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular 2 | | | 11.70 | 202.65 | 99.20 | 1,718.18 |
| Regular 3 | | | 6.50 | 112.58 | 56.60 | 980.40 |
| Regular Pay | | | 61.80 | 1,020.94 | 641.20 | 10,592.70 |
| Term PTO | | | | 0.00 | 58.30 | 963.12 |
| OnCall Prem 3 | | | 8.50 | 25.50 | 67.70 | 203.10 |
| OT Averg Hrs | | | 38.30 | 949.08 | 221.50 | 5,488.83 |
| OT 2 Averg Hrs | | | 18.70 | 485.83 | 89.50 | 2,325.25 |
| OT 3 Averg Hrs | | | 3.10 | 80.54 | 12.70 | 329.98 |
| Incentive 3_50 | | | 12.30 | 43.05 | 22.70 | 79.45 |
| Incentive 4_50 | | | 5.00 | 22.50 | 6.00 | 27.00 |
| Incentive 5 | | | 1.00 | 5.00 | 1.00 | 5.00 |
| OTADJto OT Pay | | | | 23.85 | | 44.17 |
| PTO | | | | 0.00 | 69.50 | 1,148.15 |
| Imputed Income | | | | 0.00 | | 2.37 |
| Holiday Prem 1 | | | | 0.00 | 9.50 | 78.47 |
| Holiday Prem 3 | | | | 0.00 | 1.10 | 9.53 |
| Employee Incentive | | | | 0.00 | | 441.47 |

| | | | | | |
|---|---|---|---|---|---|
| Recognition Award | | | | 0.00 | 10.66 |

### Rate Details

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Ded 403b | 66.81 | 596.87 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 361.43 |
| Social Security | 184.24 | 1,515.77 |
| Medicare | 43.08 | 354.49 |
| OH State Tax | 77.42 | 507.26 |
| Cleveland | 59.43 | 488.95 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| RecognitionAwardnet | 0.00 | 6.60 |
| Gift Shop | 0.00 | 51.83 |
| Cafeteria Ded | 90.01 | 829.02 |

### Accruals

| Description | Available Balance |
|---|---|
| Vacation | 25.76 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Married | 18 | | 0.00 | 0.00 | 0 |
| Ohio | Not Used | 18 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| [redacted] | Chase Bank | C | [redacted] | 2,450.53 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found. | | | | |

Diagnostics  Home  Logout  Preferences  Help

About this Page   Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.



**University Hospitals** — Employee Views

　　　　　　　　🏠 Navigator　　⭐ Favorites　　　　Diagnostics　Home　Logout　Preferences　Help

### Pay Advice

| | | | |
|---|---|---|---|
| Employee Name | Goudlock, Shelieta | Employee Number | 1142607 |
| | | Business Group | University Hospitals Health System |
| | | Seniority Date | 09-Oct-2012 |

Choose a Pay Advice　05-JUN-2014 - 1142607 - Check 1　[Go]

| | | | |
|---|---|---|---|
| Employee | Shelieta S. Goudlock | Employer name | UHC Hemodialysis Patient Care-44025 |
| Employee Number | 1142607 | Organization | UHC Hemodialysis Patient Care-44025 |
| Assignment Number | 1142607 | Pay Basis | Hourly |
| Location | 11100 Euclid Avenue | | |
| Position | Techncian Hemodialysis.UHC Hemodialysis Patient Care-44025 | | |
| Payroll | UHC_UHHS Bi-Weekly | | |
| Employee Address | 13211 Thraves Avenue Garfield Heights OH 44125 | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate Per Hour |
|---|---|---|---|---|
| Bi-Week | 05-Jun-2014 | 18-May-2014 | 31-May-2014 | 16.52 |

### Summary

| Current or YTD | Gross | Pre-Tax Deductions | Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,274.35 | 66.40 | 420.55 | 80.25 | 2,707.15 |
| YTD | 21,476.31 | 530.06 | 2,863.73 | 797.44 | 17,282.71 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular 2 | | | | 0.00 | 87.50 | 1,515.53 |
| Regular 3 | | | 8.00 | 138.57 | 50.10 | 867.82 |
| Regular Pay | | | 72.00 | 1,189.45 | 579.40 | 9,571.76 |
| Term PTO | | | | 0.00 | 58.30 | 963.12 |
| OnCall Prem 3 | | | 8.50 | 25.50 | 59.20 | 177.60 |
| OT Averg Hrs | | | 51.80 | 1,283.61 | 183.20 | 4,539.75 |
| OT 2 Averg Hrs | | | 17.60 | 457.26 | 70.80 | 1,839.42 |
| OT 3 Averg Hrs | | | 3.50 | 90.94 | 9.60 | 249.44 |
| Incentive 3_50 | | | | 0.00 | 10.40 | 36.40 |
| Incentive 4_50 | | | | 0.00 | 1.00 | 4.50 |
| OTADJto OT Pay | | | | 1.02 | | 20.32 |
| PTO | | | | 0.00 | 69.50 | 1,148.15 |
| Imputed Income | | | | 0.00 | | 2.37 |
| Holiday Prem 1 | | | 9.50 | 78.47 | 9.50 | 78.47 |
| Holiday Prem 3 | | | 1.10 | 9.53 | 1.10 | 9.53 |
| Employee Incentive | | | | 0.00 | | 441.47 |
| Recognition Award | | | | 0.00 | | 10.66 |

### Rate Details

#### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Ded 403b | 66.40 | 530.06 |

#### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 14.83 | 361.43 |
| Social Security | 203.01 | 1,331.53 |
| Medicare | 47.48 | 311.41 |
| OH State Tax | 89.74 | 429.84 |
| Cleveland | 65.49 | 429.52 |

#### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| RecognitionAwardnet | 0.00 | 6.60 |
| Gift Shop | 0.00 | 51.83 |
| Cafeteria Ded | 80.25 | 739.01 |

#### Accruals

| Description | Available Balance |
|---|---|
| Vacation | 18.68 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Married | 18 | | 0.00 | 0.00 | 0 |
| Ohio | Not Used | 18 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | Chase Bank | C | ▓▓▓▓▓▓ | 2,707.15 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found. | | | | |

Diagnostics  Home  Logout  Preferences  Help

About this Page   Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.