```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                          Case No. 14-14764-pmc
Shelieta S Goudlock                                             Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: kbran              Page 1 of 1          Date Rcvd: Jul 28, 2014
                              Form ID: pdf746          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2014.
```
db           +Shelieta S Goudlock,    521 E. 250th Street,    Euclid, OH 44132-2205
             +Shelieta Goudlock,    521 E. 250th Street,    Euclid, OH 44132-2205
             +University Hospitals -- Employer,    Attn: Payroll Dept.,    11100 Euclid Avenue,
               Cleveland, OH 44106-5000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jul 28 2014 22:04:39      Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2014                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2014 at the address(es) listed below:
```
              Craig H Shopneck    ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
              Patrick D. Miller    on behalf of Debtor Shelieta S Goudlock pmiller@ohiolegalclinic.com,
               nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserla
               w@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com;mresar@ohiolegalclinic.com;rau
               serecfmail@gmail.com
                                                                                             TOTAL: 2
```

**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER
NO. 06-2 KENNETH J. HIRZ,
CLERK OF BANKRUPTCY COURT
BY: /s/ Karen Brand
      **Deputy Clerk**

**Dated: July 28, 2014**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) CASE NO. 14-14764 |
| | ) |
| | ) JUDGE Morgenstern-Clarren |
| | ) |
| Shelieta Goudlock | ) CHAPTER 13 |
| xxx-xx-0237 | ) |
| | ) |
| | ) **ORDER DIRECTING EMPLOYER** |
| | ) **TO MAKE DEDUCTIONS FROM** |
| Debtor | ) **DEBTOR-EMPLOYEE'S WAGES,** |
| | ) **COMBINED WITH RELATED** |
| | ) **ORDERS** |

To: <u>Payroll</u>

    The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

| | |
|---|---|
| Employer's Name: | University Hospitals |
| Address: | 11100 Euclid Avenue |
| City/State/Zip: | Cleveland, Ohio 44106 |
| Phone: | (216)-367-7744 |

    In accordance with the relevant provisions of the Debtor's proposed plan,

    IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct **$376.16 bi-weekly** and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Craig Shopneck, Chapter 13 Trustee<br>
P.O. Box 593<br>
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

###

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

|  |  |
|---|---|
|  | /s/ Patrick D. Miller (0088408) |
| Attorney for Debtor: | Patrick D. Miller (0088408) |
|  | Rauser & Associates |
| Address: | 614 West Superior Ave., STE 950 |
| City/State/Zip: | Cleveland, Ohio 44113 |
| Phone: | (216) 263-6200 |

SEE ATTACHED CERTIFICATE OF SERVICE

Revised March 1, 2011

**SERVICE LIST**

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Craig Shopneck, on behalf of the Chapter 13 Trustee's office at cshopneck@ch13cleve.com

And by regular U.S. mail, postage prepaid, on:

Shelieta Goudlock, Debtor, at 521 E. 250th Street. Euclid, Ohio 44132

University Hospitals, Employer, at 11100 Euclid Avenue. Cleveland, Ohio 44106